IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: **08-80749**

**MICHAEL JOYCE,**
        individually and derivatively,          CIV: **RYSKAMP**

              Plaintiff,           MAGISTRATE: **VITUNAC**

vs.

**DARRIS P. McCORD,**
        an individual
**WIZNET, INC.,**
        a Delaware corporation
**MARK SCHWARTZ,**
        an individual, and
**MARK McNEELY,**
        an individual,

              Defendants.

etc., et. al.

_____/

# NOTICE OF FULL AND FINAL SETTLEMENT

This is a joint notice served by the Plaintiff/Counter-Defendant, MICHAEL JOYCE, by the Defendant/Counter-Plaintiff, WIZNET, INC., Defendants, DARRIS P. McCORD, MARK SCHWARTZ and MARK McNEELY and by Third Party Defendant, BARBY SIZEMORE, through their attorneys.

1.      On or about the 6th and 7th of January, 2010, the parties executed via fax and/or .pdf transmittal all the necessary documents to effect the settlement of the instant cause.

2.      The "hard copies" of the settlement documents shall be exchanged within approximately the next ten (10) days with filing with the Court thereafter and forthwith.

3.      The settlement includes a Full and Final Settlement Agreement with the Court requested to retain jurisdiction over the subject matter and the parties to enforce same.

4.      This matter is currently on the Court's Trial Calendar with the relevant dates subject thereto as follows:

      A.      Call of the Calendar scheduled for March 17, 2010 at 1:15 p.m.

      B.      Trial scheduled to commence March 22, 2010.

WHEREFORE, the parties respectfully notify this Court of settlement.

Dated: January 19, 2009.

GREENBERG TRAURIG, P.A.
Attorneys for Plaintiff
777 South Flagler Drive, Suite 300 East
West Palm Beach, FL 33401
Telephone: (561) 650-7900

FRANK, WEINBERG & BLACK, P.L.
Attorneys for Defendants, etc.
7805 SW Sixth Court
Plantation, FL 33324
Telephone: (954) 474-8000

By: *MARK BIDEAU, ES2*
    MARK BIDEAU, ESQ.
    Florida Bar No. 564044
    JONATHAN C. CHANE, ESQ.
    Florida Bar No. 0125581

By: *E. J. GENEROTTI, ES2.*
    E. J. GENEROTTI, ESQ.
    Florida Bar No. 244805

TIMOTHY W. SCHULZ, P.A.
777 South Flagler Drive
Suite 1601 W
West Palm Beach, FL 33401-6167
Telephone: (561) 912-0162

BY: *TIMOTHY SCHULZ, ES2.*
    TIMOTHY SCHULZ, ESQ.
    Florida Bar No. 073024